UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                                    )
                                                          )
NAYLOR, VIVIAN A.                                         )        CASE NO. 09-12429
                                                          )        CHAPTER 7
        Debtor                                            )

## NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
|---|---|
| Radiologic Assoc of NW IN | $1.45 |
| Porter Hospital | $1.41 |
| Denise Smith DO | $1.56 |
| The Imaging Center | $4.64 |
| Indiana Pathology | $2.76 |
| Redi Med | $1.13 |
| Summit Radiology | $0.77 |
| Redi Med | $2.41 |
| Willow Creek Crossing Apts/Sentry | $2.81 |
| Fort Wayne Community Schools | $2.45 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total amount of $21.39 for the use and benefit of the parties set forth herein.

Submitted this 17 day of May, 2010.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 17 day of May, 2010 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
Radiologic Assoc., 304 W US Hwy 6, Valparaiso, IN 46385
Porter Hospital, c/o Michael Mossman, P.O. Box 330129, Nashville, TN 37203-7501

Denise Smith DO, 809 S Calhoun St Ste 100, Ft. Wayne, IN 46802
The Imaging Center, 200 E Main St, Ste 1000, Ft. Wayne, IN 46802
Indiana Pathology, 203 E Berry St Ste 1310, Ft Wayne, IN 46802
Redi Med, 203 E Berry St Ste 1310, Ft Wayne, IN 46802
Summit Radiology, 203 E Berry St Ste 1310, Ft Wayne, IN 46802
Redi Med, 203 E Berry St Ste 1310, Ft Wayne, IN 46802
Willow Creek Crossing Apts, 7501 Lakeridge Dr, Ft Wayne, IN 46819
Ft Wayne Community Schools, 4666 W Jefferson Blvd, Ste 190, Ft Wayne, IN 46804

      /s/ Angela R. Lee
    Angela R. Lee